IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SERRANO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 15-02985 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

　　　The Court acknowledges defendant's notice of settlement filed on September 23, 2015. Please note that all deadlines remain in place until a dismissed is filed. All hearings remain on the calendar.

**IT IS SO ORDERED.**

Dated: September 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE