IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SERRANO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>  Defendant.<br> ———————————————————/ | No. C 15-02985 WHA<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The parties have stipulated to dismiss this matter without prejudice as to the named plaintiff or any putative class (Dkt. No. 29). The case is hereby **DISMISSED** without prejudice. Each party shall bear its own costs and expenses. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 25, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE